**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Plamen ATANASOV, Defendant–**
**Appellant.**

**No. 14–12077**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 21, 2015.

Stephen H. McClain, Christopher Conrad Bly, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Mary Erickson, Law Offices of Mary Erickson, PC, Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

**534**

PER CURIAM:

Mary Erickson, appointed counsel for Plamen Atanasov in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Atanasov's conviction and sentence are **AFFIRMED**.